**FILED**

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 20-0237

KOLE FITZPATRICK, DBA
FITZPATRICK TRUCKING,

      Plaintiff/Appellant/Cross-Appellee,

    v.

TRAIL CREEK ENTERPRISES, LLC,
JASON SUBATCH, WESTERN STATES
EQUIPMENT COMPANY ("CAT"), AND
JOHN DOES 1-60,

      Defendants and Appellees,

TRAIL CREEK ENTERPRISES, LLC,
AND JASON SUBATCH,

      Counter-Plaintiffs and Appellees.

**GRANT OF UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Mont. R. App. P. Rule 26(1), Western States Equipment Company, is granted

a 30-day extension of time up to and including October 8, 2020, to file its response brief.

Dated this ____ day of October 2020.

By:_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 8 2020